IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS RODRIGUEZ<br>　　Plaintiff<br><br>v.<br><br>HOTEL ZAZA HOUSTON,<br>Z RESORTS MANAGEMENT, LLC,<br>LEE MAYS, DEREK CRIDDLE,<br>TERRANCE PHELPS, S.A. DUVALL<br>AND SOVEREIGN SERVICES OF<br>HOUSTON<br>　　Defendants | § § § § § § § § § § § § | Cause No. 4:18-CV-00729<br>(JURY) |

## DEFENDANTS', Z RESORTS MANAGEMENT, LLC AND LEE MAYS, CERTIFICATE OF INTERESTED PARTIES

Pursuant to Court Order, Z RESORTS MANAGEMENT, LLC and LEE MAYS, Defendants in the above-referenced case ("Defendants"), file their Certificate of Interested Parties.

Defendants disclose that the following have a financial interest in the outcome of this litigation:

1. Carlos Rodriguez
   c/o S. Reed Morgan
   The Carlson Law Firm
   100 E. Central Texas Expressway
   Killeen, Texas 76541
   and
   David E. Buckley
   The Buckley Law Group
   1811 Bering Drive, Suite 300
   Houston, Texas 77057
   Plaintiff

2. S. Reed Morgan
   The Carlson Law Firm
   100 E. Central Texas Expressway
   Killeen, Texas 76541
   Attorney for Plaintiff

3. David E. Buckley
   The Buckley Law Group
   1811 Bering Drive, Suite 300
   Houston, Texas 77057
   Attorney for Plaintiff

1

4. Z Resorts Management, LLC
   c/o Maria L. Fox
   Fee, Smith, Sharp & Vitullo, LLP
   2727 Allen Parkway, Suite 1880
   Houston, Texas 77019
   Defendant

5. Lee Mays
   c/o Maria L. Fox
   Fee, Smith, Sharp & Vitullo, LLP
   2727 Allen Parkway, Suite 1880
   Houston, Texas 77019
   Defendant

6. Derrek Criddle
   2423 Buttonhill Drive
   Missouri City, Texas 77489
   *Pro Se* Defendant

7. Officer S.A. Duvall
   c/o Connica Lemond
   City of Houston Legal Department
   9000 Bagby, 3rd Floor
   Houston, Texas 77002
   Defendant

8. Hotel ZaZa Houston
   Defendant – named but not served

9. Terrance Phelps
   4630 Brownstone Lane
   Houston, Texas 77053
   Defendant – named but not served

10. Sovereign Services of Houston
    Defendant – served but has not filed an Answer

Respectfully submitted,

**FEE, SMITH, SHARP & VITULLO, LLP**

By: _____
    **MARIA L. FOX**
    Federal Bar No.: 11780

State Bar No.: 07335250
2727 Allen Parkway, Suite 1880
Houston, Texas 77019
Telephone: (713) 362-8307
Facsimile: (713) 362-8302
Email: mfox@feesmith.com

**ATTORNEYS FOR DEFENDANTS,**
**Z RESORTS MANAGEMENT, LLC**
**AND LEE MAYS**

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record as listed below by e-filing, hand delivery, by certified mail, return receipt requested, and/or by facsimile transmission, on this the 13th day of March, 2018.

David E. Buckley
The Buckley Law Group
1811 Bering Dr., Suite 300
Houston, Texas 77057

S. Reed Morgan
The Carlson Law Firm
100 E. Central Texas Expressway
Killeen, Texas 76541

Connica Lemond
City of Houston Legal Department
9000 Bagby, 3rd Floor
Houston, Texas 77002

_____
**MARIA L. FOX**