IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | |
|---|---|
| CARLOS RODRIGUEZ, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No.: 4:18-cv-729 |
| § | |
| § | |
| HOTEL ZAZA HOUSTON, *et. al*, § | |
| *Defendants*. § | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

James C. Butt, Senior Assistant City Attorney, hereby makes an appearance as additional counsel of record for Defendant S. A. DUVALL. As additional counsel, Mr. Butt is authorized to receive service of all pleadings, notices, orders, and other papers in the above captioned matter. He requests that notification of all filings in this case be sent to him at:

James C. Butt
Senior Assistant City Attorney
State Bar No. 24040354
Fed. Bar No. 725423
City of Houston Legal Department
P.O. BOX 368
Houston, Texas 77001-0368
Tel.: (832) 393-6320
Fax: (832) 393-6259
Jim.Butt@houstontx.gov

Respectfully submitted,

RONALD C. LEWIS
City Attorney

DONALD J. FLEMING
Section Chief, Labor, Employment, & Civil Rights

JENNIFER F. CALLAN
Senior Assistant Attorney
State Bar No. 00793715
Fed. Bar No. 22721
Jennifer.Callan@houstontx.gov
Tel. (832) 393-6286

DEIDRA NORRIS SULLIVAN
Senior Assistant City Attorney
State Bar No. 24080648
Fed. Bar No. 1338580
Deidra.Sullivan@houstontx.gov
Tel. (832) 393-6299

Date: July 5, 2018.   By:   */s/ James C. Butt*
JAMES C. BUTT
Senior Assistant City Attorney
State Bar No. 24040354
Fed. Bar No. 725423
Jim.Butt@houstontx.gov
Tel. (832) 393-6320

CITY OF HOUSTON LEGAL EPARTMENT
P.O. BOX 368
Houston, Texas 77001-0368
Main: (832) 393-6491
Fax: (832) 393-6259

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

S. Reed Morgan
State Bar No. 14452300
The Carlson Law Firm
100 E. Central Texas Expy
Killeen, Texas  76541
800-359-5690 – phone
254-526-8204 – facsimile
rmtrialfirm@gmail.com
**ATTORNEY FOR PLAINTIFF**
*via email*

Derek Criddle, **pro se**
2423 Buttonhill Drive
Missouri City, Texas  77489
832-689-2325 – mobile
Criddle_Derek@yahoo.com
*via email*

Maria Fox
State Bar No. 07335250
2727 Allen Parkway, Suite 1880
Houston, Texas 77019
713-362-8307 – phone
713-362-8302 – facsimile
mfox@feesmith.com
**ATTORNEY FOR DEFENDANTS**
**HOTEL ZAZA,**
**Z RESORTS MANAGEMENT**
*via email*

Terrance Phelps
4630 Brownstone Lane
Houston, Texas  77053
*Via CMRRR*

                                               */s/ James C. Butt*
                                               JAMES C. BUTT