UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS RODRIGUEZ,<br>Plaintiff,<br>vs.<br><br>HOTEL ZAZA HOUSTON,<br>Z RESORTS MANAGEMENT, LLC,<br>and S.A. DUVALL,<br>Defendants. | §§§§§§§§ | CA: 4:18-cv-00729 |

## ORDER ON MOTION TO WITHDRAW

After considering S. Reed Morgan and Alexander McSwain's motion to withdraw as attorney in charge for Plaintiff, Carlos Rodriguez, the Court

FINDS good cause to allow S. Reed Morgan and Alexander McSwain to withdraw as attorney in charge for Plaintiff and GRANTS S. Reed Morgan and Alexander McSwain's motion to withdraw.

Plaintiff's last known address is:

4335 Bugle Road
Houston, Texas 77072-1823

SIGNED on __NOV 2 8 2018__, 2018.

_____
U.S. DISTRICT JUDGE