UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CARLOS RODRIGUEZ,** § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> § <br> **HOTEL ZAZA HOUSTON,** § <br> **Z RESORTS MANAGEMENT, LLC,** § <br> and **S.A. DUVALL,** § <br> Defendants. § | **CA: 4:18-cv-00729** |

### NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

TO THE HONORABLE JUDGE OF SAID COURT:

    S. Reed Morgan and Alexander McSwain, hereby make an appearance as counsel of record for Plaintiff, Carlos Rodriguez. Please serve a copy of all notices, correspondence or orders on Messrs. Morgan and McSwain at the following address:

    S. Reed Morgan
    Alexander McSwain
    THE CARLSON LAW FIRM
    100 E. Central Texas Expy
    Killeen, TX 76541
    Telephone: (800) 359-5690
    Facsimile: (254) 526-8204
    amcswain@carlsonattorneys.com
    rmorgan@carlsonattorneys.com

    Respectfully submitted,

    */s/ Alexander McSwain*
    ATTORNEY *(pro hac vice)*
    THE CARLSON LAW FIRM
    Texas State Bar No: 24106292
    100 E. Central Texas Expy

        Killeen, TX 76541
        Telephone: (800) 359-5690
        Facsimile: (254) 526-8204
        E-Mail: amcswain@carlsonattorneys.com

and

*/s/ S. Reed Morgan*
ATTORNEY
THE CARLSON LAW FIRM
Texas State Bar No: 14452300
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (800) 359-5690
Facsimile: (254) 526-8204
E-Mail: rmorgan@carlsonattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4th day of December, 2018, a true and correct copy of the foregoing document was filed on all counsel of record via this Court's ECF system.

By: */s/ Alexander McSwain*