# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS RODRIGUEZ,<br>   Plaintiff,<br><br>vs.<br><br>HOTEL ZAZA HOUSTON,<br>Z RESORTS MANAGEMENT, LLC,<br>LEE MAYS, DEREK CRIDDLE,<br>TERRENCE PHELPS, S.A. DUVALL,<br>AND SOVEREIGN SERVICES OF<br>HOUSTON<br>   Defendants. | § § § § § § § § § § | CA: 4:18-cv-00729 |

## ORDER

The Court, having reviewed the Joint Motion to Extend Deadlines for Discovery and Motions is

of the opinion that said Motion should be granted.

It is therefore ORDERED that the relief sought, to extend the close of discovery to March 15, 2019

and motions deadline to April 15, 2019, is hereby GRANTED

Signed this the 31st day of Dec , 2018.

_____

The Honorable Alfred H. Bennett